UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEVON W. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA, BRYANT BURNS, KELVIN WALLS, ALFRED WATKINS, GARY SMITH, RICHARD DILLON, ROBBIE SCANDRICK, GORDON CABANAW, RITCHIE NEWELL, AND STANLEY REYNOLDS,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:16-CV-008-CAP |

## ORDER

This matter is before the court on the defendants' motion to dismiss [Doc. No. 6]. The plaintiff has filed his first amended complaint within the timeframe allowed to file an amended pleading as a matter of right [Doc. No. 7]. *See* Fed. R. Civ. P. 15(a)(1). Accordingly, the defendants' motion to dismiss [Doc. No. 6] is DISMISSED as moot.

**SO ORDERED** this 8th day of March, 2016.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge