# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEVON W. BROWN )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>CITY OF ATLANTA, Georgia, )<br>BRYANT BURNS, KELVIN WALLS, )<br>ALFRED WATKINS, GARY SMITH, )<br>RICHARD DILLON, )<br>ROBBIE SCANDRICK, )<br>GORDON CABANAW, )<br>RITCHIE NEWELL, and )<br>STANLEY REYNOLDS, )<br>   Defendants. ) | CIVIL ACTION FILE<br>NO. 1:16-CV-00008-CAP |

## MOTION FOR SUBSTITUTION OF COUNSEL

Counsel for Defendant City of Atlanta, Bryant Burns, Kelvin Walls, Alfred Watkins, Gary Smith, Richard Dillon, Robbie Scandrick, Gordon Cabanaw (deceased), Ritchie Newell, and Stanley Reynolds ("City Defendants") hereby notifies the Court and all parties and counsel of record that the undersigned attorney Tamara N. Baines shall be substituted for LaShawn Terry as counsel of record for City Defendants.

All future pleadings, notices, correspondence in this action should be addressed and delivered to the undersigned attorneys.

This is the 29th day of August, 2016.

                BY:    /s/ *Tamara N. Baines*
                         ROBERT N. GODFREY
                         Chief Counsel
                         Georgia Bar No. 298550
                         TAMARA N. BAINES
                         Sr. Assistant City Attorney
                         Georgia Bar No. 032460

                         Attorneys for City Defendants

CITY OF ATLANTA LAW DEPARTMENT
55 Trinity Ave., SW, Suite 5000
Atlanta, Georgia  30303-3520
(404) 546-4115 (telephone)
Email:  tbaines@atlantaga.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **DEVON W. BROWN** | ) | |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CITY OF ATLANTA, Georgia,** | ) | **CIVIL ACTION FILE** |
| **BRYANT BURNS, KELVIN WALLS,** | ) | **NO. 1:16-CV-00008-CAP** |
| **ALFRED WATKINS, GARY SMITH,** | ) | |
| **RICHARD DILLON,** | ) | |
| **ROBBIE SCANDRICK,** | ) | |
| **GORDON CABANAW,** | ) | |
| **RITCHIE NEWELL, and** | ) | |
| **STANLEY REYNOLDS** | ) | |
| | ) | |
|    **Defendants** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, I electronically filed the forgoing Motion for Substitution of Counsel with the Clerk of Court using the CM/ECF system with service on all attorneys of record electronically.

                              By    *s//Tamara N. Baines*
                                      **TAMARA N. BAINES**
                                      Sr. Assistant City Attorney
                                      Georgia Bar No. 032460

CITY OF ATLANTA LAW DEPARTMENT
55 Trinity Ave., SW, Suite 5000
Atlanta, Georgia  30303-3520
(404) 546-4115 (telephone)
Email:  tbaines@atlantaga.gov