IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Devon W. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:16-cv-00008-CAP |
| | ) | |
| the CITY OF ATLANTA, Georgia, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Devon Brown hereby MOVES the Court to enter a default judgment against all Defendants on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure. This Court entered an Order denying in part and granting in part a dispositive Motion to Dismiss under Rule 12(b)(6) on August 18, 2016. [Doc. 13]. Pursuant to Rule 12(a)(4)(A), Defendants had fourteen (14) days to file an Answer. As of this date, September 21, 2016, thirty-two (32) days have passed, Defendants have not filed an Answer, and the clerk has entered a notation of default. Attached hereto in support of this request, as Attachment 1, is the Declaration of James Radford.

Respectfully submitted, this September 21, 2016.

/s/ James Radford
James Radford
Georgia Bar No. 108007
james@decaturlegal.com

**RADFORD & KEEBAUGH, LLC**
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
(678) 271-0300

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing pleading using the CM/ECF system, which will send a notification of such filing to all counsel of record, on September 21, 2016.

                                                /s/ James Radford
                                                JAMES RADFORD
                                                Georgia Bar No. 108007