UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEVON W. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA, BRYANT BURNS, KELVIN WALLS, ALFRED WATKINS, GARY SMITH, RICHARD DILLON, ROBBIE SCANDRICK, GORDON CABANAW, RITCHIE NEWELL, AND STANLEY REYNOLDS,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:16-CV-008-CAP |

# O R D E R

This matter is before the court on the parties' joint motions for mediation [Doc. No. 22] and to set aside clerk's entry of default and withdraw the plaintiff's motion for default judgment [Doc. No. 23].

As an initial matter, the court GRANTS the parties' joint motion for mediation [Doc. No. 22]. Pursuant to Local Rule 16.7(B)(1), the court REFERS this case to the next available magistrate judge, who shall be assigned to this case in the ordinary manner.[1]  With respect to the mediation

---

[1] The parties will not have the ability to object to the assigned magistrate judge without a proper legal reason.  The parties may not judge shop in this manner.

process, the parties are reminded to conduct themselves in accordance with Local Rules 16.7(I-M).  If a settlement is reached, the parties will inform this court that a settlement was reached and the date by which the final settlement agreement will be executed and the dismissal filed.  Should a resolution not be reached through mediation, the parties shall *promptly* notify this court that the process was unsuccessful.  This case is hereby stayed until 14 days after the conclusion of the mediation.

Finally, the court GRANTS the parties' joint motion to set aside the clerk's entry of default and withdraw the plaintiff's motion for default judgment [Doc. No. 23].  The court DIRECTS the clerk to terminate the pending status of the motion for default judgment [Doc. No. 16].  The motions for an extension of time to file an answer [Doc. No. 19] and the plaintiff's original motion to set aside default entry [Doc. No. 18] should be DISMISSED as MOOT.

**SO ORDERED** this   27th  day of September, 2016.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge