# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEVON W. BROWN )<br>    Plaintiff )<br> )<br>  v. )<br>CITY OF ATLANTA, Georgia, )<br>BRYANT BURNS, KELVIN WALLS, )<br>ALFRED WATKINS, GARY SMITH, )<br>RICHARD DILLON, )<br>ROBBIE SCANDRICK, )<br>GORDON CABANAW, )<br>RITCHIE NEWELL, and )<br>STANLEY REYNOLDS )<br> )<br>    Defendants ) | CIVIL ACTION FILE<br>NO. 1:16-CV-00008-CAP |

## **DEFENDANTS' NOTICE OF PAYMENT OF SANCTIONS**

Notice is hereby given that the payment of plaintiff's attorney's fees and expenses has been made in compliance with this Court's Order [Dkt. #77]. Said funds were retrieved by Attorney James Radford, Jr. on March 6, 2018. (See attached Exhibit A)

Respectfully submitted this 7th day of March, 2018.

*/s/ Valorri Jones*
**VALORRI JONES**
Senior Associate, City Attorney
Georgia Bar No. 848714
E-mail: vcjones@atlantaga.gov

1

                    **M. THERESA STEWART**
                    Assistant City Attorney
                    Georgia Bar No. 681675
                    mtstewart@atlantaga.gov

                    **Attorneys for Defendants**

**City of Atlanta Department of Law**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
Office: 404-546-4100

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DEVON W. BROWN )<br>   Plaintiff )<br>)<br>v. )<br>)<br>)<br>)<br>CITY OF ATLANTA, Georgia, )<br>BRYANT BURNS, KELVIN WALLS, )<br>ALFRED WATKINS, GARY SMITH, )<br>RICHARD DILLON, )<br>ROBBIE SCANDRICK, )<br>GORDON CABANAW, )<br>RITCHIE NEWELL, and )<br>STANLEY REYNOLDS )<br>)<br>   Defendants ) | CIVIL ACTION FILE<br>NO. 1:16-CV-00008-CAP |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2018, I electronically filed the forgoing *DEFENDANTS' NOTICE OF PAYMENT OF SANCTIONS* with the Clerk of Court using the CM/ECF system with service on all attorneys of record electronically.

                                           */s/ Valorri C. Jones*
                                           **VALORRI C. JONES**
                                           Senior Assistant Attorney
                                           Georgia Bar No. 848714

**City of Atlanta Department of Law**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
Office: 404-546-4100